## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| _____ | ) | |
| TROY (aka TREYSHAWN) RANKIN | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 06-02063 |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to Rule 6(b)(1), F.R.Civ.P., Defendant District of Columbia, by counsel, hereby respectfully request an enlargement of time – to February 1, 2007 – to respond to the complaint herein.[1]

The complaint in this case was filed on December 1, 2006 and served on Defendant District of Columbia on December 5, 2006. In light of the complexity and procedural history of this matter, counsel requests an enlargement of time to prepare a meaningful response to the complaint. Counsel has conferred with Plaintiff's counsel regarding the relief sought by this motion. Plaintiff's counsel has graciously consented to the relief requested.

Accordingly, an enlargement of time to respond to the complaint – to February 1, 2007 – is respectfully requested.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the District of Columbia

[1] Counsel for Defendant District of Columbia is not yet authorized to represent the other individually named defendants, S. Elwood York, Jr. and Dennis Harrison, Sr., but, out of an abundance of caution, this motion also is filed on their behalf and the extension requested also would be equally applicable to them.

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


/s/ Ellen A. Efros
ELLEN A. EFROS
Chief, Equity I

/s/ Denise J. Baker
DENISE J. BAKER
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S079
Washington, D.C. 20001
(202) 442-9887 (telephone)
(202) 727-3625 (fax)


## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of December 2006, true copies of the foregoing

Motion, Memorandum of Points and Authorities, and proposed Order, were filed electronically

with the Court for ECF service upon:


Robert N. Eccles
Andrea J. Worden
Jason A. Abel
O'Melveny & Myers, LLP
1625 Eye Street, NW
Washington, DC 20006-4001

Philip Fornaci
Ivy Lange
Washington Lawyers' Committee for Civil Rights
11 Dupont Circle, NW, Ste. 400
Washington, DC 20036

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| TROY (aka TREYSHAWN) RANKIN ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 06-02063 |
| ) | |
| DISTRICT OF COLUMBIA, *et al*., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**
**DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO THE COMPLAINT**

1. Fed. R. Civ. P. 6(b)(1).

2. The inherent authority of this Court.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Ellen A. Efros
ELLEN A. EFROS
Chief, Equity I

/s/ Denise J. Baker
DENISE J. BAKER
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S079
Washington, D.C. 20001
(202) 442-9887 (telephone)
(202) 727-3625 (fax)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                                )
TROY (aka TREYSHAWN) RANKIN          )
                                                                )
                          Plaintiffs,                      )
            v.                                               )          Civil Action No. 06-02063
                                                                )
DISTRICT OF COLUMBIA, *et al.*,         )
                                                                )
                          Defendants.                   )
_____)

**ORDER**

        Upon consideration Defendant District of Columbia 's Consent Motion for Extension of

Time to Respond to Complaint, the memorandum of points and authorities in support thereof,

and the entire record herein, and no opposition thereto,  it is this _____day of

_____, 200__,

        **ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

        **FURTHER ORDERED** that Defendants may respond to the complaint on or before

February 1, 2007.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE

Copies to:

Denise J. Baker
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001

Robert N. Eccles
Andrea J. Worden
Jason A. Abel
O'Melveny & Myers, LLP
1625 Eye Street, NW
Washington, DC  20006-4001

Philip Fornaci
Ivy Lange
Washington Lawyers' Committee for Civil Rights
11 Dupont Circle, NW, Ste. 400
Washington, DC  20036