UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TROY (aka TREYSHAWN) RANKIN | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-02063 |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

**DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Rule 6(b)(1), F.R.Civ.P., Defendants, by and through undersigned counsel, hereby respectfully request an enlargement of time – to February 8, 2007 – to respond to the complaint herein.

The complaint in this case was filed on December 1, 2006, and served on Defendant District of Columbia on December 5, 2006. Defendants previously filed a consent motion for extension of time to respond to complaint to February 1, 2007. Due to the complexity of this matter and counsel's obligations in other matters, counsel requests an additional enlargement of time to February 8, 2007, to prepare a meaningful response to the complaint. Counsel has conferred with Plaintiff's counsel regarding the relief sought by this motion, and Plaintiff's counsel has graciously consented to the relief requested.

Accordingly, an enlargement of time to respond to the complaint – to February 8, 2007 – is respectfully requested.

        Respectfully submitted,

        LINDA SINGER
        Acting Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        /s/ Ellen A. Efros
        ELLEN A. EFROS
        Chief, Equity I

        /s/ Denise J. Baker
        DENISE J. BAKER
        Assistant Attorney General
        441 Fourth Street, N.W., Suite 6S079
        Washington, D.C. 20001
        (202) 442-9887 (telephone)
        (202) 727-3625 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of January 2007, true copies of the foregoing Motion, Memorandum of Points and Authorities, and proposed Order, were filed electronically with the Court for ECF service upon:

Robert N. Eccles
Andrea J. Worden
Jason A. Abel
O'Melveny & Myers, LLP
1625 Eye Street, NW
Washington, DC  20006-4001

Philip Fornaci
Ivy Lange
Washington Lawyers' Committee for Civil Rights
11 Dupont Circle, NW, Ste. 400
Washington, DC  20036

        /s/ Denise J. Baker
        DENISE J. BAKER

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| TROY (aka TREYSHAWN) RANKIN | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) | Civil Action No. 06-02063 |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT**

1. Fed. R. Civ. P. 6(b)(1).

2. The inherent authority of this Court.

3. Consent of the parties.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Ellen A. Efros
ELLEN A. EFROS
Chief, Equity I

/s/ Denise J. Baker
DENISE J. BAKER
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S079
Washington, D.C. 20001
(202) 442-9887 (telephone)
(202) 727-3625 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TROY (aka TREYSHAWN) RANKIN )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 06-02063 |

**ORDER**

Upon consideration Defendant District of Columbia 's Consent Motion for Extension of Time to Respond to Complaint, the memorandum of points and authorities in support thereof, and the entire record herein, and no opposition thereto, it is this _____day of

_____, 200\_\_,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that Defendants may respond to the complaint on or before February 8, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Denise J. Baker
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001

Robert N. Eccles
Andrea J. Worden
Jason A. Abel
O'Melveny & Myers, LLP
1625 Eye Street, NW
Washington, DC  20006-4001

Philip Fornaci
Ivy Lange
Washington Lawyers' Committee for Civil Rights
11 Dupont Circle, NW, Ste. 400
Washington, DC  20036