# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

TROY (aka TREYSHAWN) RANKIN )
c/o Layhill Center )
3227 Bel Pre Rd. )
Silver Spring, MD 20906 )   **APPEARANCE**
          Plaintiff, )
              vs. )   Civil Action No.: 06-02063
)
THE DISTRICT OF COLUMBIA, et al )
          Defendants.

To the Clerk of this court and all parties of record:

Please enter the appearance of ____Andrea J. Worden_____ as counsel in this
                                          (Attorney's Name)

case for: Troy (aka Treyshawn) Rankin vs. the District of Columbia, et al.
                      (Name of party or parties)

| | |
|---|---|
| February 5, 2007 | /s/ Andrea J. Worden |
| Date | Signature |
| | |
| | Andrea J. Worden |
| | Print Name: |
| | |
| | O'Melveny & Myers LLP |
| DC Bar #463085 | 1625 Eye Street |
| BAR IDENTIFICATION | Address: |
| | |
| | Washington     DC     20006 |
| | City     State     Zip Code |
| | |
| | 202-383-5115 |
| | Phone Number |
| | |
| | aworden@omm.com |
| | Email Address |