# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ——————————————————— ) | |
| TROY (aka TREYSHAWN) RANKIN ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 06-02063 (RMC) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ———————————————————) | |

## DISTRICT DEFENDANTS' CONSENT MOTION TO FILE UNDER
## SEAL PLAINTIFF'S MEDICAL RECORDS

Pursuant to Fed. R. Civ. P. 7(b) and LCvR 5.1(j), District Defendants comprised of the District of Columbia (the "District") and two (2) District officials sued solely in their individual capacities, S. Elwood York, Jr. ("York") and Dennis Harrison ("Harrison"), by and through undersigned counsel, hereby move this Honorable Court for an order permitting them to file under seal Plaintiff's medical records that District Defendants intend to append as an exhibit to their dispositive motion. These medical records contain protected medical and personal information concerning Plaintiff.

District Defendants' Memorandum of Points and Authorities in support hereof is attached and incorporated by reference herein. A proposed Order also is attached hereto.

Pursuant to LCvR 7(m), counsel for District Defendants contacted Plaintiff's counsel and obtained Plaintiff's consent to the relief requested herein.

WHEREFORE, District Defendants respectfully request that this Honorable Court grant this Motion to File Under Seal Plaintiff's Medical Records.

Respectfully submitted,

LINDA SINGER

Acting Attorney General for the District of Columbia

GEORGE  C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Ellen A. Efros
ELLEN A. EFROS
Chief, Equity I

/s/ Denise J. Baker
DENISE J. BAKER
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S079
Washington, D.C. 20001
(202) 442-9887 (telephone)
(202) 727-3625 (fax)

DATE: February 8, 2007

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                            )
TROY (aka TREYSHAWN) RANKIN                 )
                                            )
            Plaintiffs,                     )
       v.                                   )        Civil Action No. 06-02063 (RMC)
                                            )
DISTRICT OF COLUMBIA, *et al*.,             )
                                            )
            Defendants.                     )
_____)

**DISTRICT DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN**
**SUPPORT OF DISTRICT DEFENDANTS' CONSENT MOTION TO FILE UNDER**
**SEAL PLAINTIFF'S MEDICAL RECORDS**

District Defendants, pursuant to Fed. R. Civ. P. 7(b), and LCvR 5.1(j), by and through

undersigned counsel, respectfully submit this Memorandum of Points and Authorities in Support

of their Motion to File Under Seal Plaintiff's Medical Records.  In support of the instant motion,

District Defendants state as follows:

1.  Plaintiff's complaint alleges *inter alia* that District Defendants violated the U.S.

Constitution, specifically the Eighth Amendment and the Due Process Clauses of the Fifth

Amendment, the Americans with Disabilities Act (ADA), 42 USC § 12131, Section 504 of the

Rehabilitation Act of 1973, 29 USC § 794, and committed negligence.  These allegations arise

from alleged problems Plaintiff experienced obtaining medication during her incarceration and

upon her release from jail.

2.  In the dispositive motion filed in response to the Complaint, the District Defendants

reference Plaintiff's medical records without attaching them as exhibits.  These medical records

disclose Plaintiff's medical conditions, other personal information, and the medical treatment

received by Plaintiff from District Defendants and the independent contractors.

3.   District Defendants' Motion to Dismiss, or in the Alternative, Summary Judgment, which references Plaintiff's medical records, is being filed simultaneously with this Consent Motion to File Under Seal Plaintiff's Medical Records.

4.   The undersigned believes that the necessary information may be protected from automatic disclosure by law. The Health Insurance Portability and Accountability Act ("HIPAA"), PL 104-191 (Aug. 21, 1996), 110 Stat 1936, and its attendant regulations, generally prohibits disclosure of a person's "protected health information" without the written authorization of the individual. *See* 42 U.S.C. § 1320d(4) (Health information means "any information, whether oral or recorded in any form or medium, that is created or received by health care provider[s] . . . and relates to the past, present, or future physical or mental health or condition of an individual, [or] the provision of health care to an individual."); *see also* 42 U.S.C. § 1320d(6) (regarding individually identifiable health information).

5.   HIPAA regulations allow the disclosure of such protected information without the individual's authorization in limited circumstances, including "judicial and administrative proceedings." *See* 45 C.F.R. § 164.512(e). However, such disclosures may only be made in response to a court order, a subpoena, or in the course of discovery, provided that "reasonable efforts" have been made to notify the individual and permit time for objections and/or a "qualified protective order." *Id*.

6.   Consequently, District Defendants seek an appropriate order from the Court to permit them to file under seal Plaintiff's medical records.

7.   The attached proposed Order was drafted pursuant to the standards contained in 42 C.F.R. §§ 2.64(d) & (e), and LCvR 5.1(j), governing motions to seal.

8.    District Defendants thus propose, if authorized, to file Plaintiff's medical records under seal after the court rules on this motion.

9.    Based on the above, District Defendants respectfully request that this Honorable Court enter an order pursuant to 45 C.F.R. § 164.512(e), 42 C.F.R. §§ 2.64(d) & (e), and Fed. R. Civ. P. 7(b), and LCvR 5.1(j), to permit District Defendants to file under seal Plaintiff's medical records.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE  C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Ellen A. Efros
ELLEN A. EFROS
Chief, Equity I

/s/ Denise J. Baker
DENISE J. BAKER
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S079
Washington, D.C. 20001
(202) 442-9887 (telephone)
(202) 727-3625 (fax)

DATE: February 8, 2007

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| TROY (aka TREYSHAWN) RANKIN | ) |
| | ) |
| Plaintiffs, | ) |
| v. | )   Civil Action No. 06-02063 (RMC) |
| | ) |
| DISTRICT OF COLUMBIA, *et al*., | ) |
| | ) |
| Defendants. | ) |

_____)

ORDER

    Upon consideration of District Defendants' Consent Motion to File Under Seal Plaintiff's Medical Records, the Memorandum of Points and Authorities in Support thereof, the entire record herein, and it appearing that the relief should be granted, it is hereby:

    ORDERED, that Defendants' Consent Motion to File Under Seal Plaintiff's Medical Records be, and hereby is, GRANTED, and it is

    FURTHER ORDERED, that, pursuant to 45 C.F.R. § 164.512(e) and 42 C.F.R. §§ 2.64(d) & (e), District Defendants are hereby authorized to disclose otherwise protected patient information concerning Plaintiff, subject to the conditions contained herein, and it is

    FURTHER ORDERED, that good cause exists for such disclosures, and the public interest and need for the disclosures outweigh the potential injury to the patient, who put the matter at issue in her Complaint, and it is

    FURTHER ORDERED, that District Defendants may disclose, to defend themselves from the instant claims, only that patient and health information concerning Plaintiff (as those terms are defined in relevant law) necessary for such defense, provided that the information disclosed shall be redacted in any filing submitted as part of the public record in this matter, and it is

FURTHER ORDERED, that District Defendants shall file an unredacted copy of any such filings under seal with the Court, and it is

FURTHER ORDERED, that such disclosed patient and health information shall be used solely for purposes of defending this action, including any appeals.


DATE: _____          _____
                                     United States District Judge