AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Troy (aka Treyshawn) Rankin

        Plaintiff(s)    )
                              )    **APPEARANCE**

            vs.           )    CASE NUMBER   06-02063 (RCM)
District of Columbia, et. al.,  )

        Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Ivy A. Lange   as counsel in this
                                      (Attorney's Name)

case for:  Plaintiff, Troy (a.k.a.Treyshawn) Rankin
                 (Name of party or parties)

February 12, 2007
Date

*Ivy A. Lange* (signature)
Signature
Ivy A. Lange
Print Name

DC Bar # 488147
BAR IDENTIFICATION

11 Dupont Circle, NW, Suite 400
Address

Washington, DC 20036
City        State        Zip Code

202-319-1000
Phone Number