UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TROY (aka TREYSHAWN) RANKIN ) | |
| ) | |
| Plaintiffs, ) | |
| v.  ) | Civil Action No. 06-02063 (RMC) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

Upon consideration of District Defendants' Consent Motion to File Under Seal Plaintiff's Medical Records, the Memorandum of Points and Authorities in Support thereof, the entire record herein, and it appearing that the relief should be granted, it is hereby:

ORDERED, that Defendants' Consent Motion to File Under Seal Plaintiff's Medical Records be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that, pursuant to 45 C.F.R. § 164.512(e) and 42 C.F.R. §§ 2.64(d) & (e), District Defendants are hereby authorized to disclose otherwise protected patient information concerning Plaintiff, subject to the conditions contained herein, and it is

FURTHER ORDERED, that good cause exists for such disclosures, and the public interest and need for the disclosures outweigh the potential injury to the patient, who put the matter at issue in her Complaint, and it is

FURTHER ORDERED, that District Defendants may disclose, to defend themselves from the instant claims, only that patient and health information concerning Plaintiff (as those terms are defined in relevant law) necessary for such defense, provided that the information disclosed shall be redacted in any filing submitted as part of the public record in this matter, and it is

FURTHER ORDERED, that District Defendants shall file an unredacted copy of any such filings under seal with the Court, and it is

FURTHER ORDERED, that such disclosed patient and health information shall be used solely for purposes of defending this action, including any appeals.

DATE: 2/13/07

_Rosemary M Colyer_
United States District Judge

-2-