**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Troy (aka) Treyshawn Rankin,<br><br>    Plaintiff,<br><br>    v.<br><br>The District of Columbia, et al.<br><br>    Defendant. | Case No. 1:06CV02063<br><br>Judge:    Rosemary M. Collyer |

**PLAINTIFF TREYSHAWN RANKIN'S CONSENT MOTION TO ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Plaintiff Troy (aka Treyshawn) Rankin, by counsel, hereby respectfully requests an enlargement of time - to March 9, 2007 - to respond to the Defendants' Motion to Dismiss the Complaint, or in the Alternative, Motion for Summary Judgment ("Defendants' Motion").

Defendants' Motion was filed electronically on February 8, 2007. According to the Federal Rules of Civil Procedure and the Local Rules of this Court, Plaintiff's response to Defendants' Motion is due February 23, 2007. Given that Plaintiff must prepare an opposition to both a Motion to Dismiss and a Motion for Summary Judgment, Plaintiff seeks an enlargement of time for her response. Counsel has conferred with Defendants' counsel regarding the relief sought by this motion. This motion is not opposed.

Accordingly, an enlargement of time to respond to Defendants' Motion – to March 9, 2007 – is respectfully requested.

Dated: February 16, 2007							Respectfully submitted,


/s/ Robert N. Eccles
Robert N. Eccles (D.C. Bar No. 355479)
Andrea J. Worden (D.C. Bar No. 463085)
O'MELVENY & MYERS LLP
1625 Eye Street
Washington, DC  20006
Telephone:    202-383-5300
Facsimile:    202-383-5414

Philip Fornaci
Ivy Lange
Washington Lawyers' Committee for Civil Rights
11 Dupont Circle, NW Ste. 400
Washington, DC 20026

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| TROY (aka TREYSHAWN) RANKIN, )   Plaintiffs, ) v.  ) DISTRICT OF COLUMBIA, *et al.*, )   Defendants. ) | ) ) ) Civil Action No. 06-02063 ) ) ) ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF
TREYSHAWN RANKIN'S CONSENT MOTION TO ENLARGEMENT OF TIME TO
RESPOND TO DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE,
MOTION FOR SUMMARY JUDGMENT**

1. Fed. R. Civ. P. 6(b)(1).

2. The inherent authority of this Court.

          Respectfully submitted,

          /s/ Robert N. Eccles
          Robert N. Eccles
          Andrea J. Worden
          O'MELVENY & MYERS LLP
          1625 Eye Street, NW
          Washington, DC 20006
          (202) 383-5300 (telephone)
          (202) 383-5414 (fax)

          Philip Fornaci
          Ivy Lange
          Washington Lawyers' Committee for Civil Rights
          11 Dupont Circle, NW, Ste. 400
          Washington, DC 20036

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TROY (aka TREYSHAWN) RANKIN,  )  <br> Plaintiffs, ) <br> v. ) Civil Action No. 06-02063 <br>  ) <br> DISTRICT OF COLUMBIA, *et al*., ) <br> Defendants. ) <br>  ) | |

### [PROPOSED] ORDER

Upon consideration of Plaintiff's Consent Motion for Enlargement of Time to Respond to Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment, it is hereby ORDERED, that the Plaintiff's Motion is GRANTED.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of February, 2007, true copies of the foregoing Motion, Memorandum of Points and Authorities, and proposed Order, were filed electronically with the Court for ECF service upon:


Linda Singer
Acting Attorney General for the District of Columbia

George C. Valentine
Deputy Attorney General, Civil Litigation Division

Ellen A. Efros
Chief, Equity I

Denise J. Baker
Assistant Attorney General

441 Fourth Street, N.W., Suite 65079
Washington, D.C. 20001
(202) 442-9887 (telephone)
(202) 727-3625 (fax)


    /s/ Robert N. Eccles_____
    Robert N. Eccles