UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TROY (aka TREYSHAWN) RANKIN | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 06-02063 (RMC) |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| Defendants. | ) | |

### DISTRICT DEFENDANTS' EXPEDITED MOTION FOR LEAVE OF COURT TO CONDUCT AN *EXAMINATION DE BENE ESSE OF* PLAINTIFF

District Defendants, by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 30(a)(2)(C), and for the reasons more fully set forth in the accompanying memorandum, respectfully move this Honorable Court for leave of court to conduct promptlyan *examination de bene esse* of Plaintiff to preserve her testimony for trial. Plaintiff has placed into the record facts alleging her extremely frail and failing health. There is sufficient reason to expedite her testimony to preserve it for trial.

Pursuant to LCvR 7(m), undersigned counsel requested Plaintiff's consent to the relief requested herein on February 16, 2007. Plaintiff's counsel has responded that she does not consent to District Defendants' request.

A proposed order accompanies this motion.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Ellen A. Efros

ELLEN A. EFROS
Chief, Equity I

/s/ Denise J. Baker
DENISE J. BAKER
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S079
Washington, D.C. 20001
(202) 442-9887 (telephone)
(202) 727-3625 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TROY (aka TREYSHAWN) RANKIN | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-2063 (RMC) |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DISTRICT DEFENDANTS' EXPEDITED MOTION FOR LEAVE OF COURT TO CONDUCT AN *EXAMINATION DE BENE ESSE OF* PLAINTIFF**

District Defendants respectfully move this Honorable Court for leave of Court to conduct promptly an *examination de bene esse* of Plaintiff. Plaintiff has placed into the record facts supporting her alleged frail and failing health. There is sufficient reason to expedite her testimony to preserve it for trial. In further support, Defendants asserts the following factual and legal basis.

**I. BACKGROUND**

Plaintiff was diagnosed with HIV in 2003. (Medical Records, page 46). She was convicted of two misdemeanor sexual solicitation offenses and was committed to the custody of the Attorney General for imprisonment on July 27, 2005. (Jail Records, page 3-4 ). During a comprehensive medical screening on July 27, 2005, Plaintiff denied being HIV-positive. (Medical Records, page 56). Eight (8) days later, on August 4, 2005, Plaintiff finally disclosed her HIV-positive status. She also finally disclosed that she had not received any antivirals and antibiotics prophylaxis during the previous six to eight months. (Medical Records, page 55). Over one year before, on April 14, 2004,Plaintiff had denied her HIV-positive status during a

prior comprehensive jailhouse medical screening even though she knew that she was HIV-positive at that time. (Medical Records, page 63).

Plaintiff blames District Defendants for her purported "fragile" health and claims that the District Defendants failed to provide her with medication during her incarceration and upon her release. On the other hand, her medical records show that she refused her medications at times during her incarceration, failed to take medications prior to her July 27, 2005 incarceration, and failed to disclose her HIV-positive status during a prior incarceration which could have obtained medical treatment.

## II. LEGAL ARGUMENT

District Defendants seek to depose Plaintiff as soon as practicable. Plaintiff's counsel describes Plaintiff's health as "fragile" and states that she is in a "nursing home with serious medical problems." *See* Exhibit A. District Defendants are concerned that Plaintiff will be unavailable for trial and seek to preserve her testimony. Unless Plaintiff's testimony is preserved for trial, District Defendants will be severely prejudiced at time of trial. District Defendants should not be precluded from establishing their defenses to the allegations asserted by Plaintiff.

A party must obtain leave of court to take a deposition out of time. Fed. R. Civ. P. 26. A party may not seek discovery from any source before the parties have conferred at least twenty-one (21) days before the pretrial conference. *Id.* No conference has occurred in this case, and the pretrial conference has not yet been scheduled.

## III. CONCLUSION

For the foregoing reasons, District Defendants respectfully move this Honorable Court for leave of court to conduct promptly an *examination de bene esse* of Plaintiff.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Ellen A. Efros
ELLEN A. EFROS
Chief, Equity I

/s/ Denise J. Baker
DENISE J. BAKER
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S079
Washington, D.C. 20001
(202) 442-9887 (telephone)
(202) 727-3625 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TROY (aka TREYSHAWN) RANKIN )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-02063 (RMC) |

**ORDER**

**HAVING CONSIDERED,** District Defendants' Expedited Motion For Leave Of Court To Conduct An *Examination De Bene Esse Of* Plaintiff, any/no opposition thereto, and the entire record herein, it is this _____ day of _____, 2007,

**ORDERED,** that the District Defendants' Expedited Motion For Leave Of Court To Conduct An *Examination De Bene Esse of* Plaintiff is hereby **GRANTED**, and it is further

**ORDERED,** that the Plaintiff's shall submit to an *examination de bene esse* within 30 days of this order**.**

						_____
						ROSEMARY M. COLLYER
						UNITED STATES DISTRICT JUDGE

# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | 1625 Eye Street, NW | NEWPORT BEACH |
| BRUSSELS | Washington, D.C. 20006-4001 | NEW YORK |
| CENTURY CITY | TELEPHONE (202) 383-5300 | SAN FRANCISCO |
| HONG KONG | FACSIMILE (202) 383-5414 | SHANGHAI |
| LONDON | www.omm.com | SILICON VALLEY |
| LOS ANGELES | | TOKYO |

OUR FILE NUMBER
170,446-1553

January 30, 2007

WRITER'S DIRECT DIAL
(202) 383-5115

**VIA FAX & U.S. MAIL**

WRITER'S E-MAIL ADDRESS
aworden@omm.com

Denise Baker
Assistant Attorney General
441 Fourth St. NW Suite 6S079
Washington, DC 20001

Re:   *Treyshawn Rankin v. District of Columbia (Civ. Action No. 06-02063)*

Dear Ms. Baker:

This letter is to confirm our agreement to another extension, until February 8, 2007, for the District of Columbia ("the District") to respond to the Complaint in *Treyshawn Rankin v. District of Columbia*. By this letter we are also informing you that we will not agree to any more requests for extensions for the District to respond to the Complaint.

As you know, we filed the Complaint on December 1, 2006. The District's response was originally due on January 2, 2007. Ms. Shelly Mulkey from your office contacted us and initially asked for a 60-day extension to respond. We viewed that request as excessive, particularly in light of Ms. Rankin's fragile health, and agreed to a 30-day enlargement of time – until February 1, 2007. The District filed a Consent Motion for Extension of Time to Respond to the Complaint, which was granted on December 22, 2006.

On Friday, January 26, 2007 you left voice mails for both myself and Bob Eccles seeking a two-week extension beyond the agreed-upon date of February 1, 2007. You left me a voice mail yesterday morning, before we had an opportunity to respond to your request of Friday, asking instead for a one-week extension until February 8, 2007.

We granted the District's additional one-week request as a professional courtesy. Our client is still recuperating in a nursing home with serious medical problems. Consequently, we cannot agree to any further delay and expect that you will cooperate with us in the future in moving this case along.

Sincerely,

Andrea J. Worden

DC1:695982.1