# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Troy (aka Treyshawn) Rankin
Plaintiff(s)

Case Number: <u>1:06CV02063 RMC</u>

vs

The District of Columbia et al
Defendant(s)

## AFFIDAVIT OF SERVICE

I, Mark Simons, hereby certify that on December 7, 2006 at 3:37 PM, I executed service of process upon **DARLENE FIELDS, REGISTERED AGENT FOR THE DISTRICT OF COLUMBIA** at Office of the Attorney General, 441 4th St NW Suite 600, Washington, DC 20004 by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of right to Consent to Trial Before a United States Magistrate Judge, Complaint .

Darlene Fields is described as a Black Female, approximately 5' 5" tall, 190-200 pounds, Brown eyes, Black hair, and 45 years of age. The undersigned further certifies that my place of business is: 808 L Street SE, Suite B, Washington, DC 20003-3629; that I am 45 years of age, Date of Birth 4/4/61; and that I am not a party to this action.

The cost of service is $75.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on December 18, 2006.

Date December 18, 2006.

*[signature]*
Mark Simons


WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on December 18, 2006.

*[signature: Rosanna Settles]*

My Commission Expires: 10-31-2011

Ref.# 74593