# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

<u>Troy (aka Treyshawn) Rankin</u>
Plaintiff(s)

Case Number: <u>1:06CV02063 RMC</u>

vs

<u>The District of Columbia et al</u>
Defendant(s)

## AFFIDAVIT OF SERVICE

I, Alex M. Hernandez, hereby certify that on December 5, 2006 at 3:42 PM, I executed service of process upon Tabatha Braxton, Authorized Agent, authorized to accept service of **THE DISTRICT OF COLUMBIA** at Executive Office of the Mayor, John A. Wilson Bldg. 1350 Pennsylvania Ave NW, Washington, DC 20004 by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of right to Consent to Trial Before a United States Magistrate Judge, Complaint, Jury Trial Demanded, Initial Electronic Case Filing Order, Attorney/Participant Registration Form.

Tabatha Braxton is described as a Black Female, approximately 5' 5" tall, 120-130 pounds, Brown eyes, Black hair, and 35 years of age. The undersigned further certifies that my place of business is: 808 L Street SE, Suite B, Washington, DC 20003-3629; that I am 42 years of age, Date of Birth 12/1/64; and that I am not a party to this action.

The cost of service is $75.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on December 5, 2006.

Date December 5, 2006.

_____
Alex M. Hernandez

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on December 5, 2006.

_____
My Commission Expires: 10-31-2011

Ref.# 74579