# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Troy (aka Treyshawn) Rankin
Plaintiff(s)

Case Number: <u>1:06CV02063 RMC</u>

vs

The District of Columbia et al
Defendant(s)

## AFFIDAVIT OF SERVICE

I, Maurice S. Liggins, hereby certify that on December 5, 2006 at 7:00 PM, I executed service of process upon **DENNIS HARRISON, SR., IN HIS INDIVIDUAL CAPACITY, FORMER WARDEN (RETIRED) OF THE DC JAIL** at 10000 Goose Pond Ct., Laurel, MD 20708 by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of right to Consent to Trial Before a United States Magistrate Judge, Complaint Jury Trial Demanded, Initial Electronic Case Filing Order, Attorney/Participant Registration Form.

Dennis Harrison, Sr., in his Individual Capacity, Former Warden (Retired) of the DC Jail is described as a Black Male, approximately 6' tall, 250-275 pounds, Brown eyes, Grey hair, and 59 years of age. The undersigned further certifies that my place of business is: 808 L Street SE, Suite B, Washington, DC 20003-3629; that I am 59 years of age, Date of Birth 11/16/47; and that I am not a party to this action.

The cost of service is $75.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on December 7, 2006.

Date December 7, 2006.

_____
Maurice S. Liggins

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on December 7, 2006.

_____

My Commission Expires: 10-31-2011

Ref.# 74581