AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12/6/06 (5:25 pm) |
| NAME OF SERVER *(PRINT)* DR. DENNY HowLey | TITLE MCSO #74 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.   JERRY Curtis - Home owner

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/6/06
*Date*

*Signature of Server*   D.C. Howley

1301 10½ St
Key West, FL 33040
*Address of Server*

Serve included Summons, Notice of Right to Consent To Trial before U.S. Magistrate Judge, Jury Trial demand and Initial Electronic Case Filing order.

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

60638.L6[R]

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

TROY (aka TREYSHAWN) RANKIN

**SUMMONS IN A CIVIL CASE**

V.

THE DISTRICT OF COLUMBIA, et al.

CASE NUMBER  1:06CV02063

JUDGE: Rosemary M. Collyer

DECK TYPE: Civil Rights (non-employm(

DATE STAMP: 12/01/2006

TO: (Name and address of Defendant)

S. ELWOOD YORK, JR., in his Individual Capacity
Former Interim Director of the Department of Corrections
724 Thomas St.
Key West, FL 33040

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert N. Eccles
Andrea J. Worden
Jason A. Abel
O'Melveny & Myers, LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Phone: (202) 383-5300

Philip Fornaci, Ivy Lange
Washington Lawyers' Committee for Civil Rights
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Phone: (202) 319-1000

an answer to the complaint which is served on you with this summons, within      20      days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         DEC - 1 2006
CLERK                                                        DATE

(By) DEPUTY CLERK