**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| TROY (aka TREYSHAWN) RANKIN | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 06-02063 |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| Defendants. | ) | |

**DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION FOR EXTENSION OF TIME TO REPLY TO THE OPPOSITION TO THE MOTION TO DISMISS OR FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b)(1), F.R.Civ.P., Defendants, by and through undersigned counsel, hereby respectfully request an enlargement of time – to March 26, 2007 – to reply to the opposition to the District Defendants' motion to dismiss or summary judgment.

Plaintiff filed her opposition to the District Defendants' dispositive motions on Friday, March 9, 2007.  The reply of the District Defendants is due on Friday, March 16, 2007; however, undersigned counsel, Ellen Efros, has been called away from the office and may continue to be called away because of a serious illness of a family member who resides out-of-state.   This request for an enlargement is not interposed for the purposes of delay.

Counsel has conferred with Plaintiff's counsel regarding the relief sought by this motion, and Plaintiff's counsel has graciously consented to the relief requested.

Accordingly, an enlargement of time to reply to the Plaintiff's opposition – to March 26, 2007 – is respectfully requested.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Ellen A. Efros
ELLEN A. EFROS
Chief, Equity I

/s/ Denise J. Baker
DENISE J. BAKER
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S079
Washington, D.C. 20001
(202) 442-9887 (telephone)
(202) 727-3625 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of March 2007, true copies of the foregoing Motion, Memorandum of Points and Authorities, and proposed Order, were filed electronically with the Court for ECF service upon:

Robert N. Eccles
Andrea J. Worden
O'Melveny & Myers, LLP
1625 Eye Street, NW
Washington, DC  20006-4001

Philip Fornaci
Ivy Lange
Washington Lawyers' Committee for Civil Rights
11 Dupont Circle, NW, Ste. 400
Washington, DC  20036

/s/ Denise J. Baker
DENISE J. BAKER

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TROY (aka TREYSHAWN) RANKIN )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-02063 |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME
TO REPLY TO THE PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS OR
SUMMARY JUDGMENT**

1. Fed. R. Civ. P. 6(b)(1).

2. The inherent authority of this Court.

3. Consent of the parties.

        Respectfully submitted,

        LINDA SINGER
        Acting Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        /s/ Ellen A. Efros
        ELLEN A. EFROS
        Chief, Equity I

        /s/ Denise J. Baker
        DENISE J. BAKER
        Assistant Attorney General
        441 Fourth Street, N.W., Suite 6S079
        Washington, D.C. 20001
        (202) 442-9887 (telephone)
        (202) 727-3625 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TROY (aka TREYSHAWN) RANKIN )<br>)<br>   Plaintiffs, )<br>v.   ) <br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>   Defendants. )<br>) | Civil Action No. 06-02063 |

**ORDER**

Upon consideration Defendant District of Columbia 's Consent Motion for Extension of Time to Reply to the Plaintiff's Opposition to Motion to Dismiss or Summary Judgment, the memorandum of points and authorities in support thereof, and the entire record herein, and no opposition thereto,  it is this _____day of _____, 2007,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that Defendants may reply to the Plaintiff's opposition to the motion to dismiss or for summary judgment on or before March 26, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Denise J. Baker
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001

Robert N. Eccles
Andrea J. Worden
O'Melveny & Myers, LLP
1625 Eye Street, NW
Washington, DC  20006-4001

Philip Fornaci
Ivy Lange
Washington Lawyers' Committee for Civil Rights
11 Dupont Circle, NW, Ste. 400
Washington, DC  20036