UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TROY (aka TREYSHAWN) RANKIN | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | Civil Action No. 06-02063 |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

**DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION FOR
EXTENSION OF TIME TO DEPOSE PLAINTIFF *DE BENE ESSE***

Pursuant to Rule 6(b)(1), F.R.Civ.P., Defendants, by and through undersigned counsel, hereby respectfully request an enlargement of time to hold the deposition *de bene esse* of the Plaintiff, Troy Rankin not later than May 8, 2007.

Defendants served a notice of deposition on or about March 12, 2007, pursuant to this Court's order dated March 7, 2007. The deposition was tentatively scheduled for April 4-5, 2007. During the intervening time, however, counsel for plaintiff and defendants, have worked to coordinate schedules, prepared a confidentiality agreement, and resolved other issues regarding requested documents necessary to have a full and complete deposition. Still remaining are the tasks of issuing subpoenas for the Plaintiff's medical and psychological records, and receipt and review of those documents, which will take additional time. Counsel for plaintiff and defendants conferred and believed that it was prudent to hold the deposition after receipt and review of the medical and psychological records, if any. This request for an enlargement is not interposed for the purposes of delay.

Plaintiff's counsel has graciously consented to the relief requested.

Accordingly, an enlargement of time to hold the deposition *de bene esse* of the Plaintiff, Troy Rankin not later than May 8, 2007 is respectfully requested.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Ellen A. Efros
ELLEN A. EFROS
Chief, Equity I

/s/ Denise J. Baker
DENISE J. BAKER
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S079
Washington, D.C. 20001
(202) 442-9887 (telephone)
(202) 727-3625 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of April 2007, true copies of the foregoing Motion, Memorandum of Points and Authorities, and proposed Order, were filed electronically with the Court for ECF service upon:

Robert N. Eccles
Andrea J. Worden
O'Melveny & Myers, LLP
1625 Eye Street, NW
Washington, DC  20006-4001

Philip Fornaci
Ivy Lange
Washington Lawyers' Committee for Civil Rights
11 Dupont Circle, NW, Ste. 400
Washington, DC  20036

/s/ Denise J. Baker
DENISE J. BAKER

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TROY (aka TREYSHAWN) RANKIN )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-02063 |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME
TO DEPOSE PLAINTIFF *DE BENE ESSE***

1. Fed. R. Civ. P. 6(b)(1).

2. The inherent authority of this Court.

3. Consent of the parties.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Ellen A. Efros
ELLEN A. EFROS
Chief, Equity I

/s/ Denise J. Baker
DENISE J. BAKER
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S079
Washington, D.C. 20001
(202) 442-9887 (telephone)
(202) 727-3625 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TROY (aka TREYSHAWN) RANKIN | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 06-02063 |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Upon consideration Defendant District of Columbia 's Consent Motion for Extension of Time to depose Plaintiff *de bene esse*, the memorandum of points and authorities in support thereof, and the entire record herein, and no opposition thereto, it is this _____ day of _____, 2007,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that Defendants may hold the deposition *de bene esse* of the Plaintiff, Troy Rankin not later than May 8, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Denise J. Baker
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001

Robert N. Eccles
Andrea J. Worden
O'Melveny & Myers, LLP
1625 Eye Street, NW
Washington, DC  20006-4001

Philip Fornaci
Ivy Lange
Washington Lawyers' Committee for Civil Rights
11 Dupont Circle, NW, Ste. 400
Washington, DC  20036