UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TROY (aka TREYSHAWN) RANKIN ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 06-02063 |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION FOR
EXTENSION OF TIME TO REPLY TO THE PLAINTIFF'S MOTION
TO FILE A SURREPLY**

Pursuant to Rule 6(b)(1), F.R.Civ.P., Defendants, by and through undersigned counsel, hereby respectfully request an enlargement of time – to April 23, 2007 – to reply to the Plaintiff's motion to file a surreply.

Plaintiff filed her motion on Thursday April 4, 2007. The reply of the District Defendants is due while counsel for Defendants will be out of the country. Counsel has conferred with Plaintiff's counsel regarding the relief sought by this motion, and Plaintiff's counsel has graciously consented to the relief requested. This request for an enlargement is not interposed for the purposes of delay.

Accordingly, an enlargement of time to reply to the Plaintiff's motion – to April 23, 2007 – is respectfully requested.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Ellen A. Efros
ELLEN A. EFROS
Chief, Equity I

/s/ Denise J. Baker
DENISE J. BAKER
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S079
Washington, D.C. 20001
(202) 442-9887 (telephone)
(202) 727-3625 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of April 2007, true copies of the foregoing Motion, Memorandum of Points and Authorities, and proposed Order, were filed electronically with the Court for ECF service upon:

Robert N. Eccles
Andrea J. Worden
O'Melveny & Myers, LLP
1625 Eye Street, NW
Washington, DC  20006-4001

Philip Fornaci
Ivy Lange
Washington Lawyers' Committee for Civil Rights
11 Dupont Circle, NW, Ste. 400
Washington, DC  20036

/s/ Denise J. Baker
DENISE J. BAKER

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TROY (aka TREYSHAWN) RANKIN ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 06-02063 |
| ) | |
| DISTRICT OF COLUMBIA, *et al*., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO REPLY TO THE PLAINTIFF'S MOTION TO FILE A SURREPLY**

1. Fed. R. Civ. P. 6(b)(1).

2. The inherent authority of this Court.

3. Consent of the parties.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Ellen A. Efros
ELLEN A. EFROS
Chief, Equity I

/s/ Denise J. Baker
DENISE J. BAKER
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S079
Washington, D.C. 20001
(202) 442-9887 (telephone)
(202) 727-3625 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TROY (aka TREYSHAWN) RANKIN )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-02063 |

**ORDER**

Upon consideration Defendant District of Columbia's Consent Motion for Extension of Time to Reply to the Plaintiff's motion to file a Surreply, the memorandum of points and authorities in support thereof, and the entire record herein, and no opposition thereto, it is this

_____day of _____, 2007,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that Defendants may reply to the Plaintiff's motion to file a surreply on or before April 23, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Denise J. Baker
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001

Robert N. Eccles
Andrea J. Worden
O'Melveny & Myers, LLP
1625 Eye Street, NW
Washington, DC 20006-4001

Philip Fornaci
Ivy Lange
Washington Lawyers' Committee for Civil Rights
11 Dupont Circle, NW, Ste. 400
Washington, DC 20036