UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TROY (aka TREYSHAWN) RANKIN,<br>　　　　　　Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br>　　　　　　Defendants. | )<br>)<br>)<br>) Civil Action No. 06-02063  [RMC]<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR
LEAVE TO FILE A SURREPLY IN OPPOSITION TO DEFENDANTS' REPLY TO
PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS OR, IN THE ALTERNATIVE,
FOR SUMMARY JUDGMENT**

**I.　INTRODUCTION**

　　Plaintiff has moved for leave of Court to file a surreply to address new factual and legal matters raised in Defendants' Reply to Plaintiff's Opposition to Motion to Dismiss Or, In The Alternative, For Summary Judgment.  Defendants agree that a surreply is appropriate when a party is unable to contest matters presented to the court in a reply brief.  *See Lewis v. Rumsfeld*, 154 F. Supp. 2d 56, 61 (D.D.C. 2001).  Defendants, however, oppose Plaintiff's motion on grounds that their reply introduced no new matters.  Defendants are wrong in every facet of their opposition.

**II.　ARGUMENT**

　　A cursory review of the record in this case reveals the errors of Defendants' argument.

　　First, declarations of Defendants Harrison and York were both initially submitted to this Court as attachments to Defendants' reply brief.  Plaintiff could not have addressed their contents in her opposition brief and thus has properly sought leave to file a surreply to do just that.  Defendants' opposition makes no mention of these declarations.  Accordingly, Defendants

offer no reason to question Plaintiff's justification supporting her motion for leave to file a surreply on this basis.

Second, Defendants also attached to their reply brief "Jail Release Records" which they claim were attached to their brief in support of their original motion. The attachments to both of Defendants' briefs are, however, not the same. So again, there is sound basis for Plaintiff's motion for leave to file a surreply to address new factual matters relied on in Defendants' reply brief.

Third, Defendants argue in their reply brief that Plaintiff's claims should be dismissed for failure to exhaust administrative remedies required by the Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a). This was the first mention of the PLRA by Defendants. Thus, Plaintiff's first opportunity to contest this argument is in her surreply, which further supports Plaintiff's instant motion.

Finally, Defendants offer no opposition to Plaintiff's surreply response to Defendant's reply brief argument that Plaintiff's negligence claims against the District are barred by sovereign immunity. Plaintiff can only assume from this silence that Defendants consider Plaintiff's motion appropriate to this extent.

### III. CONCLUSION

For the reasons stated in Plaintiff's brief supporting her motion for leave to file a surreply, Plaintiff's motion should be granted and Plaintiff's surreply should be accepted for filing.

Dated: April 30, 2007            Respectfully submitted,

/s/ Robert N. Eccles
Robert N. Eccles (D.C. Bar No. 355479)
Andrea J. Worden (D.C. Bar No. 463085)

O'Melveny & Myers, LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Phone: (202) 383-5300
Fax: (202) 383-5414

Philip Fornaci (D.C. Bar No. 434824)
Ivy Lange (D.C. Bar No. 488147)
Washington Lawyers' Committee for Civil Rights
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Phone: (202) 319-1000

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th Day of April 2007, true copies of the foregoing Plaintiff's Reply In Support of Motion for Leave to File a Surreply in Opposition to Defendants' Reply to Plaintiff's Opposition to Motion to Dismiss Or, In the Alternative, For Summary Judgment were filed electronically with the Court for ECF service upon:

Linda Singer
Acting Attorney General for the District of Columbia

George C. Valentine
Deputy Attorney General, Civil Litigation Division

Ellen A. Efros
Chief, Equity I

Denise J. Baker
Assistant Attorney General

441 Fourth Street, NW, Suite 6S079
Washington, DC 20001
(202) 442-9887 (telephone)
(202) 727-3625 (fax)

/s/ Robert N. Eccles
Robert N. Eccles