# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TROY (aka TREYSHAWN) RANKIN )<br>c/o Layhill Center )<br>3227 Bel Pre Rd. )<br>Silver Spring, MD 20906 )<br>               Plaintiff, )<br>            vs. )<br>)<br>THE DISTRICT OF COLUMBIA, et al. )<br>               Defendants. | **APPEARANCE**<br><br>Civil Action No.: 06-02063 |

To the Clerk of this court and all parties of record:

Please enter the appearance of ____Andrew Weiner_____ as counsel in this
                                                 (Attorney's Name)

case for: Troy (aka Treyshawn) Rankin_____.
                    (Name of party or parties)

| | |
|---|---|
| May 17, 2007<br>Date | /s/ Andrew Weiner<br>Signature<br><br>Andrew Weiner<br>Print Name: |
| DC Bar #498663<br>BAR IDENTIFICATION | O'Melveny & Myers LLP<br>1625 Eye Street<br>Address:<br><br>Washington   DC   20006<br>City         State     Zip Code<br><br>202-383-5409<br>Phone Number<br><br>aweiner@omm.com<br>Email Address |