# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

TROY (aka TREYSHAWN) RANKIN )
c/o Layhill Center )
3227 Bel Pre Rd. )
Silver Spring, MD 20906 )
          Plaintiff, )
          vs. )
  )
THE DISTRICT OF COLUMBIA, et al )
          Defendants.

**APPEARANCE**

Civil Action No.: 06-02063 [RMC]

To the Clerk of this court and all parties of record:

Please enter the appearance of _____Sarah E. Johnson_____ as counsel in this
                                   (Attorney's Name)

case for: Troy (aka Treyshawn) Rankin vs. the District of Columbia, et al.
                (Name of party or parties)

| | |
|---|---|
| May 17, 2007 | /s/ Sarah E. Johnson |
| Date | Signature |
| | |
| | Sarah E. Johnson |
| | Print Name: |
| | |
| | O'Melveny & Myers LLP |
| DC Bar #501180 | 1625 Eye Street |
| BAR IDENTIFICATION | Address: |
| | |
| | Washington    DC    20006 |
| | City    State    Zip Code |
| | |
| | 202-383-5244 |
| | Phone Number |
| | |
| | sjohnson@omm.com |
| | Email Address |