# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TROY (aka TREYSHAWN) RANKIN,<br>      Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br>      Defendants. | )<br>)<br>)<br>)  Civil Action No. 06-02063  [RMC]<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO FILE UNDER SEAL THEIR MOTION TO AMEND STATEMENT OF MATERIAL FACTS AND DEPOSITION TRANSCRIPT**

On June 18, 2007, this Court issued an Order (Dkt. #35) denying, *inter alia*, Defendants' motion for summary judgment, observing that "material facts are in hot dispute." As a result of the Court's Order, Defendants' Motion to File Under Seal Their Motion to Amend Statement of Material Facts and Deposition Transcript (Dkt. #34) ("Motion to Amend") is now moot. Because the motion for summary judgment is no longer live, there is nothing to amend. Likewise, Defendants' request to file the entire *de bene esse* deposition transcript under seal in support of their Motion to Amend should also be denied as moot.

For the foregoing reasons, Defendants' Motion to File Under Seal Their Motion to Amend Statement of Material Facts and Deposition Transcript should be denied.

                Respectfully submitted,

                <u>/s/ Robert N. Eccles</u>
                Robert N. Eccles (D.C. Bar No. 355479)
                Andrea J. Worden (D.C. Bar No. 463085)
                Andrew M. Weiner (D.C. Bar No. 498633)
                Sarah E. Johnson (D.C. Bar No. 501180)
                O'Melveny & Myers, LLP
                1625 Eye Street, NW
                Washington, D.C.  20006-4001

Phone:  (202) 383-5300
Fax:  (202) 383-5414

Philip Fornaci (D.C. Bar No. 434824)
Ivy Lange (D.C. Bar No. 488147)
Washington Lawyers' Committee for Civil Rights
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Phone:  (202) 319-1000

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of June 2007, true copies of the foregoing Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Opposition to Defendants' Motion to File Under Seal Their Motion to Amend Statement of Material Facts and Deposition Transcript was filed electronically with the Court for ECF service upon:

Linda Singer
Attorney General for the District of Columbia

George C. Valentine
Deputy Attorney General, Civil Litigation Division

Ellen A. Efros
Chief, Equity I

Denise J. Baker
Assistant Attorney General

441 Fourth Street, NW, Suite 6S079
Washington, DC 20001
(202)442-9887 (telephone)
(202) 727-3625 (fax)

                                                                     /s/ Robert N. Eccles
                                                                      Robert N. Eccles

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TROY (aka TREYSHAWN) RANKIN, <br>         Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br>         Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 06-02063 [RMC] <br> ) <br> ) <br> ) <br> ) <br> ) |

## [PROPOSED] ORDER

The Court, after considering Defendants' Motion to File Under Seal Their Motion to Amend Statement of Material Facts and Deposition Transcript and the memorandum of points and authorities in support thereof, Plaintiff's Opposition, the memorandum of points and authorities filed in support thereof, and the entire record herein, it is this

_____day of _____, 2007,

**ORDERED** that Defendants' Motion to File Under Seal Their Motion to Amend Statement of Material Facts and Deposition Transcript is hereby **DENIED**.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Robert N. Eccles
Andrea J. Worden
Andrew M. Weiner
Sarah E. Johnson
O'Melveny & Myers, LLP
1625 Eye Street, N.W.
Washington, D.C. 20006-4001

Philip Fornaci
Ivy Lange
Washington Lawyers' Committee for Civil Rights

11 Dupont Circle, N.W., Ste. 400
Washington, D.C. 20036

Linda Singer
Attorney General for the District of Columbia

George C. Valentine
Deputy Attorney General, Civil Litigation Division

Ellen A. Efros
Chief, Equity I

Denise J. Baker
Assistant Attorney General

441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001