UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TROY (aka TREYSHAWN) RANKIN,<br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br>Defendants. | )<br>)<br>)<br>)  Civil Action No. 06-02063  [RMC]<br>)<br>)<br>)<br>)<br>) |

BRIEF STATEMENT OF THE CASE AND
STATUTORY BASES FOR ALL CAUSES OF ACTION
[CORRECTED VERSION]

Plaintiff, Troy (aka Treyshawn) Rankin, was released from the Receiving & Discharge Unit at the D.C. Jail without receiving a seven-day supply of necessary, prescribed medications ("bridge" medications). These medications were essential to Ms. Rankin's treatment for AIDS, toxoplasmosis, and pneumonia after her discharge. Because of the denial of these medications, Ms. Rankin suffered a relapse of toxoplasmosis—a serious medical ailment—that rendered her temporarily comatose and intubated, and required her to spend over a year in rehabilitation. Ms. Rankin continues to suffer related medical problems. Ms. Rankin contends that the Defendant, the District of Columbia, had a policy or custom of failing to provide prescribed bridge medications upon prisoners' release from the D.C. Jail, and that this policy or custom constituted deliberate indifference to Ms. Rankin's serious medical needs in violation of her rights under the Eighth Amendment of the U.S. Constitution. Ms. Rankin's Complaint names as Defendants the District of Columbia as well as S. Elwood York, Jr., former Interim Director of the Department of Corrections, and Dennis Harrison, Sr., former Warden of the D.C. Jail, and unidentified supervisors and correctional officers in the Release & Discharge Unit of the D.C. Jail.

On June 18, 2007, this Court issued an order granting in part and denying in part Defendants' Motion to Dismiss. Specifically, this Court dismissed Ms. Rankin's claims against Defendants in their individual capacities and denied the dismissal of Count 1, Count 2, Count 3, Count 6, and Count 7 against the District of Columbia. This Court's June 18, 2007 Order granted dismissal without prejudice of Ms. Rankin's additional causes of action based on alleged discriminatory treatment by the District of Columbia in violation of the Due Process Clause of the Fifth Amendment and the Americans with Disabilities/Rehabilitation Acts.

In light of this Court's Order, Ms. Rankin asserts three remaining causes of action under 42 U.S.C. § 1983 based on the District of Columbia's deliberate indifference to her serious medical needs in violation of the Eighth Amendment, and also asserts causes of action grounded in common law negligence and negligent supervision.

Respectfully submitted,

Robert N. Eccles (D.C. Bar No. 355479)
Andrea J. Worden (D.C. Bar No. 463085)
Andrew Weiner (D.C. Bar No. 498663)
Sarah E. Johnson (D.C. Bar No. 501180)
O'Melveny & Myers, LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Phone: (202) 383-5300
Fax: (202) 383-5414

/s/_____
Robert N. Eccles

Philip Fornaci (D.C. Bar No. 434824)
Ivy Lange (D.C. Bar No. 488147)
Washington Lawyers' Committee for Civil Rights
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Phone: (202) 319-1000

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2007, a true and correct copy of this Brief Statement of the Case and Statutory Bases For All Causes of Action was served, via ECF, on those parties who have entered their appearance in this action.


/s/_____
Andrew Weiner