UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                              )
TROY (a.k.a. TREYSHAWN) RANKIN,   )
                                                              )
                    Plaintiff,                         )
                                                              )    Case Number:  1:06-cv-02063-RMC
           v.                                             )
                                                              )
DISTRICT OF COLUMBIA, *et al*.         )
                                                              )
                    Defendants.                    )
_____)

**DEFENDANT, DISTRICT OF COLUMBIA'S, NOTICE OF FILING UNDER SEAL ITS
BRIEF STATEMENT OF THE CASE AND
THE STATUTORY BASIS FOR DEFENSES**

Pursuant to this Court's Order for Initial Scheduling Conference, Docket No. 38, the District of Columbia (hereinafter "Defendant" or "the District"), by and through undersigned counsel, respectfully files its Brief Statement of the Case and the Statutory Basis for its Defenses ("Brief Statement").  This Brief Statement shall be filed under seal for the reasons outlined below.

On February 8, 2007, this Court issued an Order on consent motion, which sealed Plaintiff's medical records.  Docket No. 5-2.  The District's Brief Statement contains references to the Plaintiff's deposition testimony, which references her medical history.

Therefore, and out of an abundance of caution, the District's Brief Statement submitted pursuant to this Court's Order for Initial Scheduling Conference, Docket No. 38, shall be filed with the District Court Clerk under seal.

                                        Respectfully submitted,

                                        LINDA SINGER
                                        Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Ellen A. Efros
ELLEN A. EFROS
Chief, Equity I

/s/ Denise J. Baker
DENISE J. BAKER
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S079
Washington, D.C. 20001
(202) 442-9887 (telephone)
(202) 727-3625 (fax)