# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TROY (aka TREYSHAWN) RANKIN<br>Plaintiff,<br><br>vs.<br><br>THE DISTRICT OF COLUMBIA, et al<br>Defendants. | **APPEARANCE**<br><br>Civil Action No.: 06-02063 |

To the Clerk of this court and all parties of record:

Please enter the appearance of ____Philip M. Schreiber_____ as counsel in this
(Attorney's Name)

case for: Troy (aka Treyshawn) Rankin vs. the District of Columbia, et al.
(Name of party or parties)

October 2, 2007                               /s/ Philip M. Schreiber
Date                                          Signature

                                              Philip M. Schreiber
                                              Print Name:

                                              O'Melveny & Myers LLP
DC & DDC Bar # 502714                         1625 Eye Street
BAR IDENTIFICATION                            Address:

                                              Washington     DC      20006
                                              City           State   Zip Code

                                              202-383-5240
                                              Phone Number

                                              pschreiber@omm.com
                                              Email Address