# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TROY (aka TREYSHAWN) RANKIN ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THE DISTRICT OF COLUMBIA, et al ) <br> Defendants. ) | **APPEARANCE** <br><br> Civil Action No.: 06-02063 |

To the Clerk of this court and all parties of record:

Please enter the appearance of ____Philip M. Schreiber_____ as counsel in this
(Attorney's Name)

case for: Troy (aka Treyshawn) Rankin vs. the District of Columbia, et al.
(Name of party or parties)

| | |
|---|---|
| October 5, 2007 | /s/ Philip M. Schreiber |
| Date | Signature |
| | |
| | Philip M. Schreiber |
| | Print Name: |
| | |
| | O'Melveny & Myers LLP |
| DC & DDC Bar # 502714 | 1625 Eye Street |
| BAR IDENTIFICATION | Address: |
| | |
| | Washington     DC     20006 |
| | City     State     Zip Code |
| | |
| | 202-383-5240 |
| | Phone Number |
| | |
| | pschreiber@omm.com |
| | Email Address |