UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TROY (aka TREYSHAWN) RANKIN )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-02063 |

**DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION TO
EXTEND DEADLINE FOR A SCHEDULING CONFERENCE**

Pursuant to Rule 6(b)(1), Fed. R. Civ. Pro., Defendant, by and through undersigned counsel, hereby respectfully requests an extension of the deadline for the scheduling conference. Currently, the scheduling conference is due to be held on Monday, November 26, 2007.

The parties are engaged in settlement negotiations that they believe may be fruitful. If settlement may be obtained within the next few weeks, the need for a scheduling conference with the Court would be obviated.

Counsel would like to mutually determine a date to hold the rescheduled conference, with the understanding that this Court's calendar is the final determinate. That said, counsel for the parties are not available during the first or last week in December 2007.

Counsel has conferred with Plaintiff's counsel regarding the relief sought by this motion, and Plaintiff's counsel has graciously consented to the relief requested.

Accordingly, an enlargement of time to hold the scheduling conference – to on or before December 21, 2007 – is respectfully requested.

       Respectfully submitted,

       LINDA SINGER
       Acting Attorney General for the District of Columbia

       GEORGE C. VALENTINE
       Deputy Attorney General, Civil Litigation Division

       /s/ Ellen A. Efros
       ELLEN A. EFROS
       Chief, Equity I

       /s/ Denise J. Baker
       DENISE J. BAKER
       Assistant Attorney General
       441 Fourth Street, N.W., Suite 6S079
       Washington, D.C. 20001
       (202) 442-9887 (telephone)
       (202) 727-3625 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November 2007, true copies of the foregoing Motion, Memorandum of Points and Authorities, and proposed Order, were filed electronically with the Court for ECF service upon:

Robert N. Eccles
Andrea J. Worden
O'Melveny & Myers, LLP
1625 Eye Street, NW
Washington, DC  20006-4001

Philip Fornaci
Ivy Lange
Washington Lawyers' Committee for Civil Rights
11 Dupont Circle, NW, Ste. 400
Washington, DC  20036

       /s/ Denise J. Baker
       DENISE J. BAKER

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TROY (aka TREYSHAWN) RANKIN )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al*., )<br>)<br>Defendants. )<br>) | Civil Action No. 06-02063 |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DISTRICT DEFENDANTS' CONSENT MOTION TO EXTEND TIME
FOR A SCHEDULING CONFERENCE**

1. Fed. R. Civ. P. 6(b)(1).

2. The inherent authority of this Court.

3. Consent of the parties.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Ellen A. Efros
ELLEN A. EFROS
Chief, Equity I

/s/ Denise J. Baker
DENISE J. BAKER
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S079
Washington, D.C. 20001
(202) 442-9887 (telephone)
(202) 727-3625 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TROY (aka TREYSHAWN) RANKIN | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-02063 |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Upon consideration Defendant District of Columbia 's Consent Motion to extend the deadline for a scheduling conference, the memorandum of points and authorities in support thereof, the entire record herein, and no opposition thereto, it is this _____day of _____, 2007,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that the scheduling conference scheduled for November 26, 2997 is rescheduled to _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Denise J. Baker
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001


Robert N. Eccles
Andrea J. Worden

4

O'Melveny & Myers, LLP
1625 Eye Street, NW
Washington, DC  20006-4001

Philip Fornaci
Ivy Lange
Washington Lawyers' Committee for Civil Rights
11 Dupont Circle, NW, Ste. 400
Washington, DC  20036

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TROY (aka TREYSHAWN) RANKIN )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-02063 |

**ORDER**

Upon consideration Defendant District of Columbia 's Consent Motion to extend the deadline for a scheduling conference, the memorandum of points and authorities in support thereof, the entire record herein, and no opposition thereto,  it is this _____day of _____, 2007,

**ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED** that the scheduling conference scheduled for November 26, 2997 is rescheduled to _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Denise J. Baker
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001


Robert N. Eccles
Andrea J. Worden

O'Melveny & Myers, LLP
1625 Eye Street, NW
Washington, DC  20006-4001

Philip Fornaci
Ivy Lange
Washington Lawyers' Committee for Civil Rights
11 Dupont Circle, NW, Ste. 400
Washington, DC  20036