UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TROY (aka TREYSHAWN) RANKIN,<br>                Plaintiff,<br>v.<br>DISTRICT OF COLUMBIA, *et al.*,<br>                Defendants. | **Motion for Enlargement of Time**<br><br>Civil Action No. 06-02063  [RMC] |

**PLAINTIFF TROY (aka TREYSHAWN) RANKIN'S CONSENT
MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Order of this Court dated December 20, 2007, Plaintiff, by and through her undersigned counsel, hereby respectfully requests that the Court extend the time for the parties to finalize a settlement in this case.

On December 20, 2007, this Court ordered that the above-captioned action be dismissed without prejudice for 60 days; provided, however, that if settlement was not consummated within 60 days, the parties may reopen the action upon motion approved by the Court.  And, "[s]hould counsel fail to move to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed with prejudice."[1]

Counsel further states that, although the parties have reached an agreement in principle, the parties are still negotiating, in good faith, the terms of a settlement agreement and release. The parties, thus, request (1) a 30-day enlargement of time for the implementation of the Court's December 20, 2007 Order so that the parties may successfully finalize and consummate settlement, and request (2) that the Court order that this case not be dismissed with prejudice until 30 days after the signing of the [Proposed] Order, should the Court grant this motion.

---

[1] Counsel believes that, currently, this case would be dismissed with prejudice after February 19, 2008.

1

Counsel for the Plaintiff has conferred with the Defendants' counsel regarding this motion, and Defendants' counsel has consented to the relief requested.

Respectfully submitted,

| | |
|---|---|
| Peter Nickles<br>Interim Attorney General for the<br>District of Columbia<br><br>George C. Valentine<br>Deputy Attorney General, Civil Litigation<br>Division<br><br>/s/_____<br>Ellen A. Efros [250746]<br>Chief, Equity I<br><br>/s/_____<br>Denise J. Baker [493414]<br>Assistant Attorney General<br>441 Fourth Street, N.W., Suite 6S079<br>Washington, D.C. 20001<br>(202) 442-9887 (telephone)<br>(202) 727-3625 (fax)<br><br>*Counsel for Defendants* | Robert N. Eccles (D.C. Bar No. 355479)<br>Andrea J. Worden (D.C. Bar No. 463085)<br>Andrew Weiner (D.C. Bar No. 498663)<br>Sarah E. Johnson (D.C. Bar No. 501180)<br>Philip M. Schreiber (D.C. Bar No. 502714)<br>O'Melveny & Myers, LLP<br>1625 Eye Street, NW<br>Washington, D.C. 20006-4001<br>Phone: (202) 383-5300<br>Fax: (202) 383-5414<br><br>/s/_____<br>Robert N. Eccles<br><br>Philip Fornaci (D.C. Bar No. 434824)<br>Ivy Lange (D.C. Bar No. 488147)<br>Washington Lawyers' Committee for Civil Rights<br>11 Dupont Circle, N.W., Suite 400<br>Washington, D.C. 20036<br>Phone: (202) 319-1000<br><br>*Counsel for Plaintiff* |

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on February 14, 2008, a true and correct copy of Plaintiff Troy (aka Treyshawn) Rankin's Consent Motion For Enlargement of Time was served, via ECF, on those parties who have entered their appearance in this action.

/s/_____
Robert N. Eccles

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TROY (aka TREYSHAWN) RANKIN,<br>          Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br>          Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 06-02063  [RMC]<br>)<br>)<br>)<br>) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF PLAINTIFF TROY (aka TREYSHAWN) RANKIN'S
CONSENT MOTION FOR ENLARGEMENT OF TIME**

1. Fed. R. Civ. P. 6(b)(1);
2. This Court's Order dated December 20, 2007;
3. The inherent authority of this Court; and
4. Consent of the parties.

                                                            Respectfully submitted,

Peter Nickles
Interim Attorney General for the
District of Columbia

George C. Valentine
Deputy Attorney General, Civil Litigation
Division

/s/_____
Ellen A. Efros [250746]
Chief, Equity I

/s/_____
Denise J. Baker [493414]
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S079
Washington, D.C. 20001
(202) 442-9887 (telephone)
(202) 727-3625 (fax)

*Counsel for Defendants*

Robert N. Eccles (D.C. Bar No. 355479)
Andrea J. Worden (D.C. Bar No. 463085)
Andrew Weiner (D.C. Bar No. 498663)
Sarah E. Johnson (D.C. Bar No. 501180)
Philip M. Schreiber (D.C. Bar No. 502714)
O'Melveny & Myers, LLP
1625 Eye Street, NW
Washington, D.C.  20006-4001
Phone:  (202) 383-5300
Fax:  (202) 383-5414

/s/_____
Robert N. Eccles

Philip Fornaci (D.C. Bar No. 434824)
Ivy Lange (D.C. Bar No. 488147)
Washington Lawyers' Committee for Civil Rights
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Phone:  (202) 319-1000

*Counsel for Plaintiff*

4

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TROY (aka TREYSHAWN) RANKIN,<br>　　　　　Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br>　　　　　Defendants. | )<br>)<br>)  **[Proposed] Order**<br>)<br>)  Civil Action No. 06-02063  [RMC]<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

Upon consideration of Plaintiff Troy (aka Treyshawn) Rankin's Consent Motion for Enlargement of Time, the memorandum of points and authorities in support thereof, the entire record herein, and no opposition thereto, it is this ___ day of February, 2008,

**ORDERED** that the implementation of this Court's previous Order dated December 20, 2007 is hereby **EXTENDED** by 30 days from the date of this signed Order, and it is

**FURTHER ORDERED** that this action shall not be dismissed with prejudice until 30 days after the signing of this [Proposed] Order.

　　**SO ORDERED**.

Dated: February ___, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ROSEMARY M. COLLYER
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge